

FILED

03/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0275

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0275

---

KURT and ALICIA KUBICKA,

    Plaintiffs, Appellants, and Cross-Appellees,

v.

FRAZIER INDUSTRIES, INC., d/b/a
Yacht Basin Marina,

    Defendant, Appellee, and Cross-Appellant.

---

**O R D E R**

FILED

MAR 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Before the Court is the Appellant/Cross-Appellee Kubickas' February 20, 2020 motion to strike portions of Appellee/Cross-Appellant Frazier Industries' Reply Brief regarding the Kubickas' claim for attorney fees. Kubickas claim that Frazier's arguments on that issue are an improper sur-rebuttal to an issue Kubickas raised on direct appeal and do not reply to issues Frazier raised in its cross-appeal. Frazier Industries filed its objection on March 2. In between, this Court entered its February 26 order submitting the appeal on briefs to a five-justice panel.

Because the case is fully briefed and has been submitted for decision, the Court will take the motion to strike under advisement for consideration with the merits of the appeal.

IT IS THEREFORE ORDERED that the Appellants' Motion to Strike is TAKEN UNDER ADVISEMENT.

The Clerk is directed to give notice of this Order to all counsel of record.

Dated this 10 day of March, 2020.

                                           Chief Justice



Justices